# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| CAROLYN LOVE, KIERRA LEE, and JANEEN LACEY, individually and on behalf of themselves and other similarly situated current and former employees, | |
| Plaintiffs, | |
| v. | No. 17 CV 02572 (JPM) (DKV) **FLSA Opt-In Collective Action** |
| CAMBRIDGE FRANCHISE HOLDINGS, LLC, a Delaware Limited Liability Company, and MIRABILE INVESTMENT CORPORATION, a Tennessee Corporation, | |
| Defendants. | |
| DOROTHY McGEE and MARKEGIOUS POLK, individually and on behalf of themselves and other similarly situated current and former employees, | |
| Plaintiffs, | |
| v. | No. 17 CV 02884 (JPM) (DKV) **FLSA Opt-In Collective Action** |
| CAMBRIDGE FRANCHISE HOLDINGS, LLC, a Delaware Limited Liability Company and MIRABILE INVESTMENT CORPORATION, a Tennessee Corporation, | |
| Defendants. | |
| MARNITA A. VAUGHN and ADDIE R. TURNER, individually and on behalf of themselves and other similarly situated current and former employees, | |
| Plaintiffs, | |
| v. | No. 17 CV 02583 (JPM) (DKV) **FLSA Opt-In Collective Action** |
| CAMBRIDGE FRANCHISE HOLDINGS, LLC, a Delaware Limited Liability Company and MIRABILE INVESTMENT CORPORATION, a Tennessee Corporation, | |
| Defendants. | |

## JUDGMENT

**JUDGMENT BY THE COURT.** The causes having come before the Court on the parties Joint Motion to Approve Settlement, and the Court having approved the settlement and dismissed all claims with prejudice,

**IT IS THEREFORE ORDERED, ADJUGED, AND DECREED** that, in accordance with the Court's Order of Dismissal With Prejudice, the causes are hereby DISMISSED WITH PREJUDICE.

The Court shall maintain jurisdiction over the settlement agreement to resolve any disputes that arise thereunder.

**SO ORDERED**, this 10th day of August, 2018.

        /s/ Jon P. McCalla
        JON P. McCALLA
        UNITED STATES DISTRICT JUDGE